ROBERT R. POWELL, ESQ.　　　　　　　　　　　　　　　　　*E-filed 10/9/07*
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff
MICHAEL MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MICHAEL MORGAN, | Case Number:  C-06-06315 JF   (HRL) |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | RE: CONFIDENTIAL PROTECTIVE |
| | ORDER ON DAILY OPERATION |
| CITY OF SAN JOSE, et al., | REPORTS |
| Does 1-10, inclusive | |
| Defendants | |

　　　The parties hereto, in consultation with their respective counsel, do hereby stipulate as follows and respectfully request that Court order same.

1.　　Plaintiff submitted a document request to defendants for certain documents related to the employment of defendant Tyler Krauel during his field training as an officer with defendant San Jose Police Department, as they exist for the period of December 23, 2005, through July 18, 2006.

---

Stipulation and Order Re: Confidential Documents
Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

2. The parties agree that the "Daily Operation Reports" ("DOR's") that counsel for defendant shall provide to plaintiffs counsel upon the signing and filing of this order, which documents contain statements and observations of Field Training Officers in charge of Tyler Krauel during his field training, deserve protection from public disclosure, and agree that they shall be designated as Confidential documents, that may not be further disseminated or reproduced, but may be provided as needed to experts and consultants for plaintiffs counsel.

3. If necessary at any time to file the DOR's in relation to a motion or hearing, the party seeking to file them shall file them under seal, in a sealed envelope, accompanied by a copy of this Stipulation and Order signed by the court, in place of the normal facesheet for sealed documents called for 79-5(b)(3), with an identical copy delivered to Chambers.

IT IS SO STIPULATED.

/s/ Robert Burchfiel   10/4/07
Robert Burchfiel – Attorney for
Defendants

/s/ Robert R. Powell   10/4/07
Robert Powell – Attorney for
Plaintiff

ORDER

Based on the foregoing stipulation of the parties by and through their counsel, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court.

IT IS SO ORDERED.

Date:  10/9/07

HOWARD R. LLOYD
U.S. DISTRICT COURT, NORTHERN
DISTRICT CALIFORNIA (San Jose)

Stipulation and Order Re: Confidential Documents
Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

Page 2 of 2