**E-filed 12/18/07**

ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff
MICHAEL MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MICHAEL MORGAN, | Case Number: C-06-06315 JF |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | REGARDING CHANGING |
| | EXPERT DISCOVERY DATES |
| CITY OF SAN JOSE, et al., | |
| Does 1-10, inclusive | |
| Defendants | |

Due to calendaring issues and the impending holiday season, the parties hereto, in consultation with their respective counsel, do hereby stipulate as follows and respectfully request that Court order same.

1. The last day for the parties initial disclosure of experts and expert reports shall be changed to January 25th, 2008.

Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

Page 1 of 2

2. The last day for the parties rebuttal disclosure of experts and expert reports shall be changed to February 4th, 2008.

3. The last day for all expert related discovery shall be changed to February 29th, 2008.

IT IS SO STIPULATED.

Date: 12/4/07             __/S/ Robert Powell_____
Robert Powell, Esq.
Attorney for Plaintiff

Date: 12/4/07             ___/S/ Robert Burchfiel_____
Robert Burchfiel, Esq.
Sr. Deputy City Attorney for
Defendants City of San Jose,
Kirk Neimeyer, and Tyler Krauel

ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court.

IT IS SO ORDERED.

Date: 12/_18_/07

Judge Jeremy Fogel – U.S.D.C.
Northern California – San Jose

Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

Page 2 of 2