ROBERT R. POWELL, ESQ.
DENNIS R. INGOLS, ESQ.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200
F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff
MICHAEL MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MICHAEL MORGAN,               ) | Case Number:  C-06-06315 JF |
| Plaintiff,           ) | STIPULATION AND ORDER REGARDING CHANGING EXPERT DISCOVERY DATES |
| vs.                                                    ) | |
| CITY OF SAN JOSE, et al.,               ) Does 1-10, inclusive                         ) | |
| Defendants     ) | |

The parties have previously submitted to Stipulations regarding efforts to settle the matter, and requesting that certain discovery dates related to expert witness exchange be extended.  Unfortunately, the parties have been unable to reach settlement, and once again ask for a short extension (1 week), though at this time it is due to the fact that not all transcripts are in from the depositions of Persons Most Knowledgeable, which transcripts are necessary to be reviewed by the parties experts prior to preparing reports.  Therefore, the parties request

Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

Page 1 of 2

the court agree with the following stipulation, made by the parties hereto, in consultation with their respective counsel, who do hereby stipulate as follows and respectfully request that Court order same.

1. The last day for the parties' initial disclosure of experts and expert reports shall be changed to February 15th, 2008.

2. The last day for the parties' rebuttal disclosure of experts and expert reports shall be changed to February 22nd, 2008.

3. The last day for all expert related discovery shall be changed to March 14th, 2008.

IT IS SO STIPULATED.


Date: 2/5/08                                  ___/S/ Robert Powell_____
                                              Robert Powell, Esq.
                                              Attorney for Plaintiff


Date: 2/5/08                                  ___/S/ Robert Burchfiel_____
                                              Robert Burchfiel, Esq.
                                              Deputy City Attorney for
                                              Defendants City of San Jose,
                                              Kirk Neimeyer, and Tyler Krauel

                                  ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court.

IT IS SO ORDERED.


Date: 2/ 12 /08                               _____
                                              Judge Jeremy Fogel – U.S.D.C.
                                              Northern California – San Jose

Morgan v. City of San Jose
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. C-06-06315 JF

Page 2 of 2