RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE,
TYLER KRAUEL and KIRK NIEMEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHAEL MORGAN, | Case Number: C06 06315 HRL |
|---|---|
| Plaintiff(s), | |
| v. | **STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER** |
| CITY OF SAN JOSE, TYLER KRAUEL, individually and as an Employee of the CITY OF SAN JOSE, KIRK NIEMEYER, individually and as an employee of the CITY OF SAN JOSE and DOES 1-10, inclusive, | Trial Date: April 4, 2008 |
| Defendant(s). | |

The parties to this action, by and through their attorneys of record, hereby stipulate as follows:

1) Due to the recent setting of the trial in Apolonio Solorio v. City of San Jose, SJPD, et al., United States District Court file number C-04-03029 JW, set to start April 8, 2008, it is necessary for us to continue the trial in this case.

2) Based upon the foregoing, for the convenience of counsel and witnesses, all Counsel have agreed to postpone the trial date from April 4, 2008 to **June 9, 2008** with

/ / / / /

the Court's permission.  Alternatively, the parties would request a Pretrial Rescheduling Hearing.

Dated:  March 7, 2008                               RICHARD DOYLE, City Attorney


By:  _____/s/_____
         ROBERT POWELL
         Attorney at Law

Attorney for Plaintiff, MICHAEL MORGAN


Dated:  March 7, 2008                               RICHARD DOYLE, City Attorney


By:  _____/s/_____
         ROBERT BURCHFIEL
         Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE, TYLER KRAUEL and KIRK NIEMEYER


## [P~~ROPOS~~ED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

☐    The trial date shall be moved to June 9, 2008.

☐    A Pretrial Rescheduling Hearing has been set for __5/30_____, 2008, at __11:00__ a.m / p.m. in Courtroom # __3, 5th floor__


Dated: ____3/14/08_____               _____/s/_____
                                              Honorable Jeremy Fogel
                                              United States District Court Judge

– 2 –
STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER                         467196.doc
C06 06315 HRL