RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, TYLER KRAUEL, and KIRK NIEMEYER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MORGAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SAN JOSE, TYLER KRAUEL, individually and as an Employee of the CITY OF SAN JOSE, KIRK NIEMEYER, individually and as an employee of the CITY OF SAN JOSE and DOES 1-10, inclusive,<br><br>            Defendants. | Case Number:  C06-06315 JF<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; AND [P~~ROPOSED~~] ORDER**<br><br>Trial Date:   June 9, 2008<br>Judge:        Hon. Jeremy Fogel<br>Courtroom:  3 |

The parties to this action, by and through their attorneys of record, hereby stipulate as follows:

   1)     Defendants' counsel of record in this action, Robert Burchfiel, is currently in trial in Judge Whyte's courtroom on the case of <u>Dwight Watson, et al., vs. Glen Albin, et al.</u>, United States District Court file number C06-07767 RMW, which commenced on May 19, 2008 and is not set to end until approximately the end of the week of June 2, 2008.  In addition, Plaintiffs' counsel in the case have also sought more time to present their case to the jury which, if granted, would probably send the case into the week of June 9, 2008.

1  2) Due to this, lead counsel in the <u>Morgan</u> case, Mr. Burchfiel, has not been and
2  will not be able to adequately prepare for the trial in this case set for June 9, 2008.
3  3) Plaintiff Mr. Morgan's counsel, Robert Powell, has graciously stipulated to a
4  continuance of the trial until October 6, 2008.  Counsel attempted to work out an earlier date
5  for the continued trial but the availability of witnesses and of this Court did not allow an earlier
6  date.
7  4) The current schedule is as follows:
8      Final Pretrial Conference:   May 30, 2008 at 11:00 am
9      Trial:   June 9, 2008
10  5) With the Court's agreement the new schedule will be:
11      Final Pretrial Conference:   September 26, 2008 at 11:00 am
12      Jury Selection:   October 3, 2008 at 1:30 pm
13      Trial:   October 6, 2008
14
15  Dated:  May 28, 2008      /s/
16                             ROBERT POWELL
                               Attorney at Law
17                             Attorney for Plaintiff,
                               MICHAEL MORGAN
18
19  Dated:  May 28, 2008      RICHARD DOYLE, City Attorney
20
21
22                             By:    /s/
                               ROBERT BURCHFIEL
                               Sr. Deputy City Attorney
23
24                             Attorney for Defendants,
                               CITY OF SAN JOSE, TYLER KRAUEL,
                               and KIRK NIEMEYER
25  //
26  //
27  //
28  //

Stipulation to Continue Trial & Related Dates and [Proposed] Order
C06-06315 JF                                                       483595

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

- [XX] The trial date shall be moved to October 6, 2008.
- [XX] Jury selection will be on October 3, 2008 at 1:30 pm.
- [XX] A Final Pretrial Conference will be held on September 26, 2008, at 11:00 am in Courtroom #3.

Dated: 5/28/08

HON. JEREMY FOGEL
United States District Court Judge